AO 121

| To: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyrights(s):

| ✖ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| **DOCKET NO.**<br>1:13-cv-00161-PMW | **DATE FILED**<br>11/14/2013 | **United States District Court for the District of Utah**<br>**350 South Main Street, Room 150, Salt Lake City, UT 84101** |

| PLAINTIFF | DEFENDANT |
|---|---|
| **Allvest Information Services, Inc**<br><br>**Growing Futures, LLC** | **Noble Software Group, LLC; Mark Winterman; Aaron Picton**<br>**Bryan Parke; Troy Parke; Jonna Koehn**<br>**Colby Brown; Diana Coates; Bret Coppess** |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| **1** See Copy of Notice of Removal and State Complaint | See Copy of Notice of Removal and State Complaint | See Copy of Notice of Removal and State Complaint |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| x Order  ☐ Judgment | x Yes  ☐ No | 4/3/14 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| D. Mark Jones | Julie Wierschem | 4/3/14 |

DISTRIBUTION :
1) Upon initiation of action mail copy to Registrar of Copyrights & lodge a copy in the file
2) Upon filing of document adding copyright(s), mail copy to Registrar of Copyrights & lodge a copy in the file
3) Upon termination of action , mail copy to Registrar of Copyrights & lodge a copy in the file.

4) In the event of an appeal, forward copy
   to the Appellate Court & lodge a copy in the file.